IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERROL JAMES | : | |
| | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 03-CV-1037 |
| | : | |
| INTERSTATE CREDIT AND | : | |
| COLLECTION, INC. | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of July, 2004, it is ORDERED that counsel's request for a settlement conference is GRANTED. A settlement conference will be held on August 13, 2004 at 9:30 a.m. in the Chambers of R. Barclay Surrick, 601 Market Street, Room 8614, Philadelphia, PA. All trial counsel and representatives for each party shall attend.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge